DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

———————————————————

JAESHON MARQUIS BRINSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0745
———————————————————

February 6, 2026

Appeal from the Circuit Court for Manatee County; Stephen Mathew Whyte, Judge.

Blair Allen, Public Defender, and Clark E. Green, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.


PER CURIAM.

Affirmed.


SILBERMAN, BLACK, and SLEET, JJ., Concur.

———————————————————

Opinion subject to revision prior to official publication.